# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| | * | |
| VALERIIA LARYOSHYNA | * | |
| Defendant | * | Case No 21-MJ-01942 |

\* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

THE UNITED STATES OF AMERICA, by and through its counsel, TANNER C. JAMESON, Special Assistant United States Attorney, hereby pursuant to Federal Rules of Criminal Procedure 48(a), to dismiss the above referenced case against the Defendant, violation number 9317229 set for trial on 14 October 2021. Defendant has been informed by the undersigned that a motion to dismiss the charges will be filed.

WHEREFORE the Government requests that this case be dismissed without prejudice.

TANNER C.JAMESON
Special Assistant United States Attorney
Office of the Staff Judge Advocate
Aberdeen Proving Ground, Maryland 21005
(443) 861-5257

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th of October 2021 a copy of the foregoing Motion to Dismiss was forwarded to Attorney for the Defendant: Singleton S. Mathews, Esquire, 200 E. Lexington Avenue, Suite 300, Baltimore, Maryland 21202 and singleton.mathews@gmail.com.


TANNER C. JAMESON
Special Assistant United States Attorney